**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6122**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ABU ASHONTE ALI, a/k/a Marty Boldin, a/k/a
Marty Boldwin,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CR-95-31, CA-98-982-2)

_____

Submitted:  April 12, 2001          Decided:  April 18, 2001

_____

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Abu Ashonte Ali, Appellant Pro Se.  Janet S. Reincke, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Abu Ashonte Ali seeks to appeal the district court's order denying his motion filed under Rule 60(b) of the Federal Rules of Civil Procedure seeking to vacate the order denying his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Ali's motion was a second or successive § 2255 motion and he did not seek authorization from this court. See 28 U.S.C.A. §§ 2244, 2255. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED